IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 23-3155 |
| | ) | |
| Plaintiff-Appellant, | ) | Appeal from the United States |
| | ) | District Court for the |
| v. | ) | Northern District of Illinois, |
| | ) | Eastern Division |
| GLEN PRINCE, | ) | Case No. 22 CR 240 |
| | ) | |
| Defendant-Appellee. | ) | Honorable Robert W. Gettleman |

**GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

The UNITED STATES OF AMERICA, by its attorney, MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, pursuant to Federal Rule of Appellate Procedure 26 and Seventh Circuit Rule 26, moves this Court for a 32-day extension of time to and including March 5, 2024, to file its brief in this case. In support of this unopposed motion, the government incorporates the attached affidavit of Assistant United States Attorney Georgia N. Alexakis.

                                          Respectfully submitted,

                                          MORRIS PASQUAL
                                          Acting United States Attorney

By:  */s/ Georgia N. Alexakis*
        GEORGIA N. ALEXAKIS
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 353-5300

| | |
|---|---|
| United States of America | ) |
| | ) |
| Northern District of Illinois | ) |

## AFFIDAVIT

Georgia N. Alexakis, Assistant United States Attorney, deposes and states as follows:

1.     I am the Assistant United States Attorney assigned to represent the government in *United States v. Glen Prince*, Appeal No. 23-3155. Currently, the government's opening brief is due February 2, 2024. This affidavit is submitted in support of a request that the time for filing the government's brief be extended 32 days, to and including March 5, 2024.

2.     On April 25, 2022, a grand jury returned an indictment against defendant Prince charging him with one count of unlawful possession of a firearm, in violation of 18 U.S.C. § 922(g)(1) and § 924(e). On June 27, 2023, a grand jury returned a superseding indictment against defendant charging the same violations. On November 2, 2023, the district court granted defendant's motion to dismiss the indictment, holding that § 922(g)(1) is facially unconstitutional under the Second Amendment in light of *New York Rifle & Pistol Ass'n v. Bruen*, 142 S. Ct. 2111 (2022). The government filed a timely notice of appeal from the district court's decision.

1

3. The district court's decision presents a significant legal issue, as § 922(g)(1) is one of the most frequently prosecuted offenses in the federal criminal code. The government's opening brief therefore requires comprehensive legal research in a rapidly evolving area of the law. The government's opening brief also will need to be reviewed by supervisors within the U.S. Attorney's Office in the Northern District of Illinois as well as officials in the Criminal Appellate Division of the Department of Justice.

4. In light of my additional professional responsibilities set forth below, I request a 32-day extension of time to allow me to continue to prepare the government's opening brief.

5. I serve as the appellate chief for the Criminal Division in the United States Attorney's Office for the Northern District of Illinois. In that role, I supervise the assignment and drafting of the office's briefs and preparation for oral argument in criminal matters pending before this Court. I spend considerable time on managerial responsibilities and advising federal prosecutors on both appellate matters and time-sensitive legal issues that arise in the district court. I am the editor or counsel for numerous pending appeals and case-dispositive motions in pending district court cases, several of which have required a substantial amount of my time in the past 30 days and

will require a substantial amount of additional time in the coming weeks. These matters include:

  (a) Preparing and filing the government's response brief in *United States v. Ponle*, No. 23-2404 (brief filed January 8, 2024);

  (b) Reviewing and editing the government's briefs in *United States v. Phillips*, No. 23-1619 (brief filed January 5, 2024); *United States v. Mackey*, No. 23-2295 (brief filed January 10, 2024); *United States v. Claiborne*, No. 23-2394 (brief currently due February 12, 2024); *United States v. Sanchez*, No. 23-2622 (brief currently due February 12, 2024); *United States v. Gore*, No. 23-2401 (brief currently due February 15, 2024); *United States v. Carlberg*, No. 23-2899 (brief currently due February 26, 2024); and *United States v. Yanez-Barrera*, No. 23-2614 (brief currently due February 26, 2024);

  (c) Presenting oral argument in *United States v. Dekelaita*, No. 22-2911 (argued on January 23, 2024);

  (d) Assisting in preparation for oral arguments in *United States v. Osadzinski*, No. 23-3140 (argued on January 8, 2024); *United States v. Perez*, No. 22-3282 (argued on January 25, 2024); *United States v. Colon*, No. 23-1318 (scheduled for argument on January 30, 2024); *United States v. Williams*, No. 23-2079 (scheduled for argument on February 16, 2024); *United States v.*

*Giannini*, No. 22-3139 (scheduled for argument on February 21, 2024); *United States v. Blount*, No. 22-2470 (scheduled for argument on February 21, 2024); *United States v. Black*, No. 22-2659 (scheduled for argument on February 21, 2024); *United States v. Davis*, No. 23-1249 (scheduled for argument on February 21, 2024); and *United States v. Kelly*, No. 23-1449 (scheduled for argument on February 21, 2024); and

(e) supervising litigation in the district court related to challenges to the constitutionality of federal firearms regulations under the Second Amendment.

6. Defendant is no longer in federal custody following dismissal of the indictment. The government understands that after defendant was released from federal custody, he was arrested pursuant to a state warrant and remains detained in state custody on state charges. Counsel for defendant does not object to this motion.

7. Oral argument has not been scheduled.

4

8. This is the government's second request for an extension of time to file its brief in this case. This motion is not brought for the purpose of delay, and I will give due diligence and priority to preparing the government's brief.

*s/ Georgia N. Alexakis*
GEORGIA N. ALEXAKIS
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2024, I electronically filed the foregoing GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

> *s/ Georgia N. Alexakis*
> GEORGIA N. ALEXAKIS
> Assistant United States Attorney
> 219 South Dearborn Street
> Chicago, Illinois 60604
> (312) 353-5300