IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 23-3155 |
| | ) | |
| Plaintiff-Appellant, | ) | Appeal from the United States |
| | ) | District Court for the |
| v. | ) | Northern District of Illinois, |
| | ) | Eastern Division |
| GLEN PRINCE, | ) | Case No. 22 CR 240 |
| | ) | |
| Defendant-Appellee. | ) | Honorable Robert W. Gettleman |

**GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

The UNITED STATES OF AMERICA, by its attorney, MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, pursuant to Federal Rule of Appellate Procedure 26 and Seventh Circuit Rule 26, moves this Court for a seven-day extension of time to and including March 12, 2024, to file its brief in this case. In support of this unopposed motion, the government incorporates the attached affidavit of Assistant United States Attorney Georgia N. Alexakis.

                            Respectfully submitted,

                            MORRIS PASQUAL
                            Acting United States Attorney

By:  */s/ Georgia N. Alexakis*
       GEORGIA N. ALEXAKIS
       Assistant United States Attorney
       219 South Dearborn Street
       Chicago, Illinois 60604
       (312) 353-5300

| United States of America | ) |
|---|---|
| | ) |
| Northern District of Illinois | ) |

## AFFIDAVIT

Georgia N. Alexakis, Assistant United States Attorney, deposes and states as follows:

1. I am the Assistant United States Attorney assigned to represent the government in *United States v. Glen Prince*, Appeal No. 23-3155. Currently, the government's opening brief is due March 5, 2024. This affidavit is submitted in support of a request that the time for filing the government's brief be extended seven days, to and including March 12, 2024.

2. On April 25, 2022, a grand jury returned an indictment against defendant Prince charging him with one count of unlawful possession of a firearm, in violation of 18 U.S.C. § 922(g)(1) and § 924(e). On June 27, 2023, a grand jury returned a superseding indictment against defendant charging the same violations. On November 2, 2023, the district court granted defendant's motion to dismiss the indictment, holding that § 922(g)(1) is facially unconstitutional under the Second Amendment in light of *New York Rifle & Pistol Ass'n v. Bruen*, 142 S. Ct. 2111 (2022). The government filed a timely notice of appeal from the district court's decision.

3. The district court's decision presents a significant legal issue, as § 922(g)(1) is one of the most frequently prosecuted offenses in the federal criminal code. The government's opening brief therefore has required comprehensive legal research in a rapidly evolving area of the law. Although I have made significant progress on both the research and writing of the opening brief, I request the seven-day extension of time to allow me to complete the necessary research and writing and to allow time for review of the brief by supervisors within the U.S. Attorney's Office in the Northern District of Illinois as well as officials in the Criminal Appellate Division of the Department of Justice.

4. I further request the seven-day extension of time in light of my additional professional responsibilities. I serve as the appellate chief for the Criminal Division in the United States Attorney's Office for the Northern District of Illinois. In that role, I supervise the assignment and drafting of the office's briefs and preparation for oral argument in criminal matters pending before this Court. I spend considerable time on managerial responsibilities and advising federal prosecutors on both appellate matters and time-sensitive legal issues that arise in the district court. I am the editor or counsel for numerous pending appeals and case-dispositive motions in pending district court cases,

several of which have required a substantial amount of my time in the past 30 days and will require a substantial amount of additional time in the coming weeks. These matters include:

(a) Reviewing and editing the government's briefs in *United States v. Carlberg*, No. 23-2899 (brief due February 26, 2024); *United States v. Yanez-Barrera*, No. 23-2614 (brief due February 26, 2024); *United States v. Hines*, No. 23-1727 (brief currently due March 6, 2024); *United States v. McKenzie*, No. 23-2426 (brief currently due March 11, 2024); and *United States v. Claiborne*, No. 23-2394 (brief currently due March 13, 2024);

(b) Presenting oral argument in *United States v. Ponle*, No. 23-2404 (scheduled for argument on March 27, 2024);

(c) Assisting in preparation for oral arguments in *United States v. Williams*, No. 23-2079 (argued on February 16, 2024); *United States v. Giannini*, No. 22-3139 (argued on February 21, 2024); *United States v. Blount*, No. 22-2470 (argued on February 21, 2024); *United States v. Black*, No. 22-2659 (argued on February 21, 2024); *United States v. Davis*, No. 23-1249 (argued on February 22, 2024); *United States v. Kelly*, No. 23-1449 (argued on February 22, 2024); *United States v. Warfield*, No. 23-2682 (scheduled for argument on March 5, 2024); *United States v. Alzamora*, No. 23-2445

3

(scheduled for argument on March 5, 2024); *United States v. Harris*, No. 23-1294 (scheduled for argument on March 5, 2024); and *United States v. Brown*, No. 22-1855 (scheduled for argument on March 5, 2024); and

(d) supervising litigation in the district court related to challenges to the constitutionality of federal firearms regulations under the Second Amendment.

5. Defendant is no longer in federal custody following dismissal of the indictment. The government understands that after defendant was released from federal custody, he was arrested pursuant to a state warrant and remains detained in state custody on state charges. Counsel for defendant does not object to this motion.

6. Oral argument has not been scheduled.

7. This is the government's third request for an extension of time to file its brief in this case. This motion is not brought for the purpose of delay, and I will continue to give due diligence and priority to preparing the government's brief. The government anticipates that it will seek no further extensions to file its opening brief in this matter.

*s/ Georgia N. Alexakis*
GEORGIA N. ALEXAKIS
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2024, I electronically filed the foregoing GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                  *s/ Georgia N. Alexakis*
                                                  GEORGIA N. ALEXAKIS
                                                  Assistant United States Attorney
                                                  219 South Dearborn Street
                                                  Chicago, Illinois 60604
                                                  (312) 353-5300