IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

UNITED STATES OF AMERICA,
    Plaintiff-Appellant,

v.                                                      No. 23-3155

GLEN PRINCE,
    Defendant-Appellee.

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE DEFENDANT-APPELLEE's BRIEF**

Glen Prince, defendant-appellee, through undersigned counsel, respectfully requests that the Court enter an order granting a 32-day extension of time to May 13, 2024, to file his brief in this case. *See* Fed. R. App. P. 26(b); 7th Cir. R. 26. The response brief is currently due on April 11, 2024. In support of this unopposed motion, he submits the attached affidavit of counsel. This is counsel's first request for an extension of time in this case.

                                Respectfully submitted,

                                FEDERAL DEFENDER PROGRAM
                                John F. Murphy
                                Executive Director

BY:   /s/ *Jack Corfman*
         Jack Corfman
         Attorney for Glen Prince

         Federal Defender Program
         55 East Monroe Street, Suite 2800
         Chicago, IL 60603
         (312) 621-8300

# AFFIDAVIT OF COUNSEL

I, Jack Corfman, declare as follows:

1. I am a Staff Attorney with the Federal Defender Program for the Northern District of Illinois and have been assigned to represent Mr. Prince in this appeal. Mr. Prince's response brief is currently due on April 11, 2024.

2. Mr. Prince is not in federal custody on this matter following the dismissal of the indictment.

3. Counsel requests a 32-day extension of time in which to prepare the response brief. As the government has observed, *see, e.g.*, Dkt. 11, this appeal involves the constitutionality of 18 U.S.C. § 922(g)(1) in light of *New York Rifle & Pistol Ass'n v. Bruen*, 597 U.S. 1 (2022). This is a significant issue that implicates a continuously evolving area of law and, in turn, requires thorough research.

4. In addition to my duties on this matter, I carry a full trial caseload representing individuals charged with criminal offenses in the United States District Court for the Northern District of Illinois, which requires substantial amounts of time. My duties include, among others:

- Conducting the sentencing hearing in *United States v. Jorge Valdez*, 1:20CR225-3, held on February 23, 2024;

- Preparing for and participating in the show cause hearings for *United States v. Carmelo Rios*, 1:23CR112, held on March 8 and March 19, 2024;

- Preparing and participating in the suppression evidentiary hearing in *United States v. Charles Pettis*, 1:22CR533, held on March 28, 2024;

- Preparing for the suppression hearing scheduled for April 19, 2024, in *United States v. Kenneth Jones*, 1:23CR438;

- Reviewing discovery, preparing pretrial motions, engaging in plea negotiations, and preparing for sentencing hearings in additional cases, including *United States v. Diontae Davis*, 1:22CR174; *United States v. Marlon Miller*, 1:22CR244; *United States v. Dwight Hasberry*, 1:23CR135; *United States v. Ashanti Ricketts*, 1:23CR658; *United States v. David Sheffield*, 1:22CR303; *United States v. Levion Thomas*, 1:23CR184, *United States v. Joseph Cipolla*, 1:22CR208; and *United States v. Dante Burage*, 1:21CR723.

- Other substantive hearings and responsibilities consistent with the role of an assistant federal defender, including consulting on other matters and cases and conducting training events.

5. Counsel has reached out to counsel for the government, Assistant United States Attorney Georgia Alexakis, who has no opposition to this request.

6. This is counsel's first request for an extension of time in this matter. It is made in good faith and not for the purpose of delay.

Under penalty of perjury, the undersigned attorney declares that the contents of the foregoing affidavit are true and correct to the best of his knowledge and belief.

/s/ *Jack Corfman*
Jack Corfman

Dated: April 4, 2024

# CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2024, I electronically filed the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DEFENDANT-APPELLEE'S RESPONSE BRIEF with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by that system.

/s/ *Jack Corfman*
JACK CORFMAN
Federal Defender Program
55 E. Monroe St., Suite 2800
Chicago, IL 60603
312-621-8300