IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

UNITED STATES OF AMERICA,
    Plaintiff-Appellant,

v.                                                           No. 23-3155

GLEN PRINCE,
    Defendant-Appellee.

## THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DEFENDANT-APPELLEE's BRIEF

Glen Prince, defendant-appellee, through undersigned counsel, respectfully requests that the Court enter an order granting a 30-day extension of time to July 12, 2024, to file his brief in this case. *See* Fed. R. App. P. 26(b); 7th Cir. R. 26. The response brief is currently due on June 12, 2024. In support of this unopposed motion, he submits the attached affidavit of counsel. This is counsel's third request for an extension of time in this case.

                                        Respectfully submitted,

                                        FEDERAL DEFENDER PROGRAM
                                        John F. Murphy
                                        Executive Director

BY:   /s/ *Jack Corfman*
           Jack Corfman
           Attorney for Glen Prince

           Federal Defender Program
           55 East Monroe Street, Suite 2800
           Chicago, IL 60603
           (312) 621-8300

1

# AFFIDAVIT OF COUNSEL

I, Jack Corfman, declare as follows:

1. I am a Staff Attorney with the Federal Defender Program for the Northern District of Illinois and have been assigned to represent Mr. Prince in this appeal. Mr. Prince's response brief is currently due on June 12, 2024.

2. Mr. Prince is not in federal custody on this matter following the dismissal of the indictment.

3. This appeal involves the constitutionality of 18 U.S.C. § 922(g)(1) in light of *New York Rifle & Pistol Ass'n v. Bruen*, 597 U.S. 1 (2022). This is a significant issue that implicates a continuously evolving area of law and, in turn, requires thorough research. In addition, I work on the evolving nature of these Second Amendment issues in the district court.

4. I have made significant progress in the writing and completion of the brief. However, I was on a pre-planned vacation in from May 10 through May 22, 2024. I expected to finalize and file the brief upon my return. In light of the press of work following my return, however, I request a further extension of time to finalize the brief.

5. In addition, I request this further extension of time to allow for the Appellate Chief of the Federal Defender Program in Chicago to review the brief before it is filed.

6. In addition to my duties on this matter, I carry a full trial caseload representing individuals charged with criminal offenses in the United States District Court for the Northern District of Illinois, which encompasses the majority of my work. My recent duties have included, among others:

- Being on duty for new cases and arrest duty days on May 24 and May 30, 2024, including time-sensitive representation matters that come with those duties, including *United States v. Fasiur Syed*, 1:24CR264; *United States v. Eugene Hill*, 1:24CR273; and *United States v. Shirley Anderson*, 1:24CR258;
- Providing counsel in three separate on-going criminal investigations;
- Working on substantive pre-trial and post-trial motions in *United States v. Marlon Miller*, 1:22CR244, and *United States v. Exodus Richmond*, 1:21CR152;
- Reviewing discovery, preparing pretrial motions, engaging in plea negotiations, preparing for sentencing hearings, and other duties, in additional cases, including *United States v. Diontae Davis*, 1:22CR174; *United States v. Dwight Hasberry*, 1:23CR135; *United States v. Ashanti Ricketts*, 1:23CR658; *United States v. David Sheffield*, 1:22CR303; *United States v. Levion Thomas*, 1:23CR184, *United States v. Joseph Cipolla*, 1:22CR208; and *United States v.*

3

*Dante Burage*, 1:21CR723, and *United States v. Theodore Wojtas*, 1:15CR399-2;

- Other substantive hearings and responsibilities consistent with the role of an assistant federal defender, including consulting with colleagues on other matters and cases and conducting training events.

7. Counsel has reached out to counsel for the government, Assistant United States Attorney Brian Kerwin, who has no opposition to this request.

8. This is counsel's third request for an extension of time in this matter. It is made in good faith and not for the purpose of delay. I will continue to give priority and due diligence to the preparation and finalization of the defendant-appellee's brief.

Under penalty of perjury, the undersigned attorney declares that the contents of the foregoing affidavit are true and correct to the best of his knowledge and belief.

/s/ *Jack Corfman*
Jack Corfman

Dated: June 5, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2024, I electronically filed the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DEFENDANT-APPELLEE'S RESPONSE BRIEF with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by that system.

/s/ *Jack Corfman*
JACK CORFMAN
Federal Defender Program
55 E. Monroe St., Suite 2800
Chicago, IL 60603
312-621-8300