# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

October 10, 2024

*By the Court:*

| | |
|---|---|
| | UNITED STATES OF AMERICA, <br> Plaintiff - Appellant |
| No. 23-3155 | v. |
| | GLEN PRINCE, <br> Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:22-cr-00240-1 <br> Northern District of Illinois, Eastern Division <br> District Judge Robert W. Gettleman | |

The following are before the court:

1. **DEFENDANT-APPELLEE'S PETITION FOR INITIAL HEARING EN BANC**, filed on July 26, 2024, by counsel for the appellee.

2. **GOVERNMENT'S OPPOSITION TO PETITION FOR INITIAL HEARING EN BANC**, filed on September 16, 2024, by counsel for the appellant.

A judge in regular active service requested a vote on the petition for hearing en banc. A majority of judges in regular active service voted to deny hearing en banc. Accordingly, **IT IS ORDERED** that the petition is **DENIED**.